UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BOBBIE SCOTT, | ) | No. CV 09-7215-GHK (PLA) |
| Plaintiff, | ) | |
| v. | ) | **ORDER ADOPTING MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION** |
| KATHLEEN O. DIESMAN, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's amended report and recommendation, and the objections to the report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The amended report and recommendation is adopted.

2. Defendants Day's and Smeltzer's motion to dismiss and motion for a more definite statement is granted.

3. The CDCR defendants' motion to dismiss is granted.

4. The Complaint is dismissed with leave to amend.

5. If plaintiff desires to pursue this action, she must file a First Amended Complaint

1  correcting the pleading deficiencies of her claims within 20 days of the date of this Order.

2      6.      The clerk shall serve this Order on all counsel or parties of record.

DATED:  3/25/10

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE