# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BOBBIE SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>KATHLEEN O. DIESMAN, et al.,<br><br>    Defendants. | No. CV 09-7215-GHK (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S SECOND REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's second report and recommendation, and the objections to the second report and recommendation that have been filed herein. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The second report and recommendation is adopted.

2. Defendants' motion to dismiss is granted without leave to amend.

3. The clerk shall serve this Order on all counsel or parties of record.

DATED: 9/6/10

                                                        HONORABLE GEORGE H. KING<br>
                                                        UNITED STATES DISTRICT JUDGE