1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10                            **WESTERN DIVISION**

11

12   BOBBIE SCOTT,                          )   No. CV 09-7215-GHK (PLA)
                                            )
13                  Plaintiff,              )   **JUDGMENT**
                                            )
14            v.                            )
                                            )
15   KATHLEEN O. DIESMAN, et al.,           )
                                            )
16                  Defendants.             )
     _____   )
17

18        Pursuant to the order adopting the magistrate Judge's second report and

19   recommendation,

20        IT IS ADJUDGED that this action is dismissed.

21

22

23   DATED:    9/6/10       _____
                              HONORABLE GEORGE H. KING
24                           UNITED STATES DISTRICT JUDGE

25

26

27

28